

# Fourth Court of Appeals
## San Antonio, Texas

April 08, 2013

No. 04-12-00735-CR and 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

# ORDER

Appellant's Second (Further) Motion for Rehearing is DENIED. In an appeal, this court can only consider the record that was before the trial court in ruling on appellant's motion for DNA testing. *See Leza v. State*, 351 S.W.3d 344, 362 n.78 (Tex. Crim. App. 2011) ("Perhaps the most basic characteristic of the appellate record is that it is limited to matters before the trial court."); *Roughley v. State*, No. 05-03-00049-CR, 2003 WL 22450442, at *1 (Tex. App.—Dallas Oct. 29, 2003, pet. ref'd) (holding trial court is not required "to review a convicted person's entire trial record in ruling on a motion for post-conviction DNA testing").

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2013.

Keith E. Hottle
Clerk of Court